UNITED STATES of America, Appellant,

v.

Michael GALANTE, Defendant–Appellee.

No. 831, Docket 96–1464.

United States Court of Appeals,
Second Circuit.

Nov. 5, 1997.

Mary Jo White, U.S. Atty. for the Southern District of New York City, Guy Petrillo, Asst. U.S. Atty., and Daniel C. Becker, Asst. U.S. Atty., for Appellant.

Before: WINTER, Chief Judge, KEARSE, WALKER, McLAUGHLIN, JACOBS, LEVAL, CALABRESI, CABRANES, and PARKER, Circuit Judges.

PER CURIAM:

Upon consideration by the active judges of the appellant's suggestion for a rehearing *in banc,* the suggestion is denied; the court regards the panel decision as limited to its precise facts and not an invitation to district judges to depart downward in the absence of truly exceptional family circumstances.

EARTH PLEDGE FOUNDATION,
Plaintiff–Appellant,

Fundacion Cultural Dominica, Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,
Defendant–Appellee.

No. 232, Docket 97–6009.

United States Court of Appeals,
Second Circuit.

Argued Oct. 15, 1997.

Decided Nov. 5, 1997.

Theodore W. Kheel, Battle Fowler LLP, New York City, for Plaintiff–Appellant.

Jeffrey S. Oestericher, Asst. U.S. Atty., New York City (Mary Jo White, U.S. Atty. for the Southern District of New York, Steven M. Haber, Asst. U.S. Atty., New York City, on the brief), for Defendant–Appellee.

Before: JACOBS and LEVAL, Circuit Judges, and RESTANI, Judge*.

PER CURIAM:

We affirm for the reasons set forth in the thorough and thoughtful district court opinion. *See Earth Pledge Foundation v. Central Intelligence Agency,* No. 96 Civ. 0257, —— F.Supp. ——, 1996 WL 934024 (S.D.N.Y. Dec. 4, 1996).

---

* Honorable Jane A. Restani, United States Court of International Trade, sitting by designation.